HALVORSON, Appellant, vs. CONNORS, Respondent.

*October 12—November 16, 1948.*

For the appellant there was a brief by *Doar & Knowles* of New Richmond, and oral argument by *W. T. Doar*.

*Earl Nelton* of Balsam Lake, for the respondent.

FAIRCHILD, J.   The members of the court are equally divided upon this appeal.   Mr. Justice WICKHEM, Mr. Justice HUGHES, and Mr. Justice MARTIN are of the opinion that a new trial should be granted.   Mr. Chief Justice ROSENBERRY, Mr. Justice FRITZ, and the writer are of the opinion that the order should be reversed and judgment entered for plaintiff.

Under the rule the order appealed from is affirmed.

*By the Court.*—Order affirmed.

BROADFOOT, J., took no part.